WHITNEY POWER
MICHELE POWER
POWER & POWER LAW, LLC
10950 O'MALLEY CENTRE DR., STE C
ANCHORAGE, ALASKA 99515
Telephone: 907-222-9990
Facsimile: 800-840-0980
admin@akpowerlaw.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAGIE TUNKARA,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY,<br><br>        Defendant. | Case No. 3:23-cv-_____<br><br>**COMPLAINT FOR DAMAGES** |

COMES NOW Plaintiff HAGIE TUNKARA, by and through counsel, Power & Power Law, for his cause of action against Defendant STATE FARM FIRE & CASUALTY COMPANY, states and alleges as follows:

1. Plaintiff is, and at all times relevant hereto was, a resident of Anchorage, Alaska, Third Judicial District.

2. At all times relevant hereto, Plaintiff purchased and maintained bodily injury and underinsured motorist coverage with Defendant State Farm Fire & Casualty Company (hereinafter "State Farm").

3. The State Farm automobile policy of insurance at issue in this case has an Underinsured Motor Vehicle Coverage in the amount of $50,000 per person, plus prejudgment interest, plus attorney fees, plus costs.

4. Upon information and belief, Defendant is a corporate resident of Illinois, doing business in Alaska, with corporate headquarters in Bloomington, Illinois.

5. Defendant conducts business in the State of Alaska.

6. Defendant sells automobile insurance policies to residents of the State of Alaska.

7. Defendant sold an automobile insurance policy to Plaintiff, a resident of the State of Alaska.

8. Defendant sells automobile insurance policies within the State of Alaska.

9. Defendant sold an automobile insurance policy to Plaintiff, within the State of Alaska.

10. Defendant adjusts automobile insurance claims, including the bodily injury claim asserted by Plaintiff, within the State of Alaska.

11. Defendant avails itself to the jurisdiction of the courts of Alaska.

12. Plaintiff Hagie Tunkara has sustained damages in excess of $100,000.

13. The act giving rise to this cause of action occurred in Anchorage, Alaska.

14. Venue and Jurisdiction are proper in the Anchorage Superior Court, Third Judicial District.

POWER & POWER LAW, LLC
Attorneys at Law
10950 O'Malley Centre Drive, Suite C • Anchorage, AK 99515
Tele: 907.222.9990 / Fax: 800.840.0980
Email: admin@akpowerlaw.com

## GENERAL ALLEGATIONS

15. On or about October 8, 2022, Plaintiff was operating an Alaska Yellow Cab eastbound on Northern Lights Blvd. Simultaneously, Vishnu Thankachan was traveling northbound on University of Alaska Drive at a rate of 40 to 45 mph. At the intersection of the two roadways, Mr. Thankachan failed to stop at a red light and "T-boned" Plaintiff's vehicle. The force of the impact was so great that responders were forced to remove the driver side door of Plaintiff's vehicle before they could extricate him from the vehicle. Plaintiff was "unresponsive" and exhibited a "catatonic-like state and was minimally responsive to painful stimuli." He was "unable to answer any questions or follow command."

16. On or about October 25, 2022, Plaintiff notified Defendant of the motor vehicle collision.

17. On or about November 8, 2022, Mr. Thankachan's Bodily Injury insurer, GEICO, offered to resolve Plaintiff's claim for the $50,000 policy limit plus add-ons and on December 8, 2022 Defendant provided consent to the settlement.

18. On or about February 13, 2023, the Underinsurance Motorist Coverage insurer on the vehicle, Berkshire Hathaway, offered to resolve Plaintiff's claim for the $100,000 policy limit plus add-ons.

19. On or about February 13, 2023, Plaintiff demanded the $50,000 policy limit plus add-ons from Defendant.

POWER & POWER LAW, LLC
Attorneys at Law
10950 O'Malley Centre Drive, Suite C • Anchorage, AK 99515
Tele: 907.222.9990 / Fax: 800.840.0980
Email: admin@akpowerlaw.com

20. On or about April 4, 2023, Defendant denied payment on Plaintiff's Underinsured Motorist coverage.

## CAUSES OF ACTION

Plaintiff is entitled to recover damages from Defendants based on the theory of liability hereinafter enumerated in Count I-III, and under such other theories of liability as may be appropriate based upon the facts as alleged herein or as revealed during discovery.

## COUNT I: FOR UM/UIM BENEFITS

21. Plaintiff incorporates by reference all prior allegations herein.

22. Plaintiff has suffered significant damages as a direct and proximate result of the negligence of Vishnu Thankachan, an underinsured driver.

23. Since Plaintiff's damages were caused by an underinsured driver, Plaintiff's Underinsured Motorist benefits are triggered.

24. Plaintiff's damages arising out of the collision and as to which Defendant's policy is exposed include, but are not limited to, past and future medical expenses, lost wages, lost nonmarket services, pain, suffering, emotional distress and loss of enjoyment of life.

## COUNT II: BREACH OF IMPLIED PROMISE

25. Plaintiff incorporates by reference all prior allegations herein.

26. Plaintiff has suffered significant damages as a direct and proximate result of the negligence of Vishnu Thankachan, an underinsured driver.

POWER & POWER LAW, LLC
Attorneys at Law
10950 O'Malley Centre Drive, Suite C • Anchorage, AK 99515
Tele: 907.222.9990 / Fax: 800.840.0980
Email: admin@akpowerlaw.com

27. Defendant breached the implied promise of good faith and fair dealing in adjusting Plaintiff's claim.

28. As a consequence of Defendant's breach of the implied promise of good faith and fair dealing, Plaintiff suffered loss in addition to that caused by the negligent driver.

## COUNT III: PUNITIVE DAMAGES

29. Plaintiff incorporates all preceding paragraphs of this complaint.

30. The actions and inactions of Defendant were outrageous or evidence reckless indifference to the interests of Plaintiff.

31. Under A.S. 09.17.020, Plaintiff is entitled to an award of punitive damages against Defendant, in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests the following relief:

1. Judgment against Defendants including compensatory damages in an amount to be determined at trial, but in any event greater than $100,000.

2. For costs, interest, and attorneys' fees in bringing this action.

3. For other relief considered appropriate by the court.

DATED this 4th day of December 2023, at Anchorage, Alaska.

POWER & POWER LAW, LLC
Attorneys at Law
10950 O'Malley Centre Drive, Suite C • Anchorage, AK 99515
Tele: 907.222.9990 / Fax: 800.840.0980
Email: admin@akpowerlaw.com

POWER & POWER LAW, LLC
Attorneys for Plaintiff

By: */s/ Whitney Power Wilson*
WHITNEY POWER WILSON
ABA No. 1005010

POWER & POWER LAW, LLC
Attorneys at Law
10950 O'Malley Centre Drive, Suite C • Anchorage, AK 99515
Tele: 907.222.9990 / Fax: 800.840.0980
Email: admin@akpowerlaw.com