IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HAGIE TUNKARA,<br><br>                Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY CO.,<br><br>                Defendant. | No. 3:23-cv-0277-HRH |

O R D E R

Case Dismissed

Pursuant to the parties' *Stipulation for Dismissal with Prejudice*,[1] filed June 16, 2025, and Rule 41(a)(1), Federal Rules of Civil Procedure, this case is dismissed in its entirety, with prejudice, with each party to bear their own costs and attorney fees, for the reason that the parties have reached a final settlement in this matter.

DATED at Anchorage, Alaska, this  17th  day of June, 2025.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 26.

ORDER – Case Status        - 1 -